```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DELROY ASKINS, :
:
Plaintiff, :
:
-v - :  1:19-cv-4927-GHW
:
NYC TRANSIT, MTA, and RICHARD : ORDER
ROMAN, :
:
Defendants. :
X
--------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

The Court scheduled a telephone conference in this case for July 29, 2020 at 3 p.m.  See Dkt No. 42.  The Court and counsel for Defendant appeared, but Mr. Askins did not.  So the Court adjourned the conference.  Mr. Askins subsequently dialed in to the telephone conference line at about 4:10 p.m.  The Court had already adjourned the conference by that time, however.

Accordingly, the Court will hold a rescheduled telephone conference in this case on August 18, 2020 at 3 p.m.  The parties are directed to consult the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for dial-in information and other instructions.  Mr. Askins is reminded that a failure to follow Court orders—including by dialing in to telephone conferences timely—may result in sanctions, including dismissal of the action.

Counsel for Defendant is directed to serve a copy of this order to Mr. Askins by email.

The Clerk of Court is directed to mail a copy of this order to Mr. Askins by first-class and certified mail.

SO ORDERED.

Dated:  July 30, 2020

_____
GREGORY H. WOODS
United States District Judge